David J. McGlothlin, Esq. (SBN 026059)
david@kazlg.com
Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste 460
Phoenix, AZ  85016
Phone: 800-400-6808
Fax: 800-520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Richard Winters, Jr., individually and on behalf of all others similarly situated, | Case No.: 2:21-cv-00188-MTL |
| Plaintiff, | **CLASS ACTION** |
| vs. | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| Fusion Power LLC, | |
| Defendant. | |

///

///

///

///

///

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Richard Winters, Jr. ("Plaintiff") voluntarily dismisses Plaintiff's claims against Defendant Fusion Power, LLC ("Defendant") with prejudice, and the putative class's claims against Defendant without prejudice.  Each party will bear its own costs and attorney's fees

Dated: July 28, 2021                **Kazerouni Law Group, APC**

By: /s/ Ryan L. McBride
Ryan L. McBride

*Counsel for Plaintiff*